J-S6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON MILLS, | Case No. CV 06-4942-GPS (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss on statute of limitations grounds only; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 1/14/08

HONORABLE GEORGE P. SCHIAVELLI
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge